An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

CITY OF NORTH LAS VEGAS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MARK R. DENTON, DISTRICT JUDGE,
Respondents,
and
5TH & CENTENNIAL, LLC, A NEVADA
LIMITED LIABILITY COMPANY; 5TH
& CENTENNIAL II, LLC, A NEVADA
LIMITED LIABILITY COMPANY; 5TH
& CENTENNIAL III, LLC, A NEVADA
LIMITED LIABILITY COMPANY; ALL
FOR ONE FAMILY TRUST, BRIAN A.
LEE, AND JULIE A. LEE, TRUSTEES
FOR THE ALL FOR ONE FAMILY
TRUST; AND BRIAN A. LEE AND
JULIE A. LEE,
Real Parties in Interest.

No. 66204

FILED

AUG 07 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus, or alternatively, prohibition, challenges a district court order denying a motion for a protective order and authorizing a judgment debtor examination.

A writ of mandamus is available to compel the performance of an act that the law requires or to control an arbitrary or capricious exercise of discretion. NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). A writ of prohibition may be warranted when the district court exceeds its

14-25927

jurisdiction. NRS 34.320. Either writ is an extraordinary remedy, and whether such a writ will be considered is within this court's sole discretion. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). Moreover, it is petitioner's burden to demonstrate that our extraordinary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004).

Having considered petitioner's arguments in light of this court's resolution of the consolidated appeals in Docket Nos. 58530 and 59162, we are not persuaded that our intervention is warranted. *Smith*, 107 Nev. at 677, 679, 818 P.2d at 851, 853; *Pan*, 120 Nev. at 228, 88 P.3d at 844. Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Saitta

cc:  Hon. Mark R. Denton, District Judge
Marquis Aurbach Coffing
Kemp, Jones & Coulthard, LLP
John Peter Lee Ltd.
Eighth District Court Clerk

_____

[1]In light of our resolution of this writ petition, petitioner's emergency stay motion is denied as moot.